# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERIC VON SCHLICHTEN,** | : | Civil No. 1:16-CV-1473 |
| **Plaintiff** | : | (Magistrate Judge Carlson) |
| v. | : | |
| **VINCENT MOONEY, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 3rd day of August, 2018, upon consideration of Defendant Dros's motion for summary judgment (Doc. 30); and for the reasons set forth in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED THAT the motion is GRANTED.[1] The Clerk of Court is directed to enter judgment in favor of Defendant Dros and close the case.

/s/ Martin C. Carlson
Martin C. Carlson
United States Magistrate Judge

---

[1] IT IS FURTHER ORDERED, in accordance with the accompanying Memorandum Opinion that within the next 30 days counsel shall consult, and confer with one another with an eye towards trying to further mediate and resolve this case on mutually acceptable terms.